UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GARY WAYNE JACKSON (TDCJ No. 1961795), | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:15-cv-2082-B |
| LORIE DAVIS, Director Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED** and **DECREED** that Petitioner's application for writ of habeas corpus is **DENIED**.

The Clerk shall transmit a true copy of this Judgment and the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to Petitioner.

SIGNED: DECEMBER 23, 2016

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE